# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI MORAN,<br>   Plaintiff,<br>  v.<br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>   Defendant. | Case No. 2:18-cv-00110-SK<br><br>**JUDGMENT** |

  It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: July 25, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE